| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rabin J. Pournazarian (SBN 186735)<br>Price Law Group, APC<br>15760 Ventura Blvd., Suite 1100<br>Encino, California 91436<br>(818) 995-4540 Telephone<br>(818) 995-9277 Facsimile<br>*Attorney for* Debtors | **FILED & ENTERED**<br><br>**MAR 10 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** lewis     **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

KATHLEEN A HEFFNER

Debtor.

**CHANGES MADE BY COURT**

KATHLEEN A HEFFNER

Plaintiff(s),

vs.

BENEFICIAL,

Defendant(s).

CHAPTER 13

CASE NUMBER LA09-22433-VZ

ADVERSARY NUMBER
**2:09-ap-01630**

**Hearing Date**: January 19, 2010
**Time**: 11:00 a.m.
**Courtroom:** 1368

# DEFAULT JUDGMENT
# (WITHOUT PRIOR JUDGMENT)

Based on the Defendant's failure to respond to the Complaint, the Court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiffs (*specify name*): Kathleen A Heffner
   and against Defendants (*specify name*): Beneficial

2. a. ☐ Plaintiff is awarded damages in the following amount:            $
   b. ☐ Plaintiff is awarded costs in the following amount:              $
   c. ☐ Plaintiff is awarded attorney fees in the following amount:      $
   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this Judgment
         (*Specify date from which interest shall begin to run*):
   e. ☒ Plaintiff is granted the following relief (*specify*):           ☒   See Attached Page

3. ☐ This Judgment or claim is determined to be non-dischargeable under:   ☐   Bankruptcy Code §523(a)____
                                                                           ☐   Other (*specify*):

*(This Order is continued on the next page.)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 2     **F 9021-1.4**

| In re:   Kathleen A Heffner<br>Debtor(s). | CHAPTER:13<br><br>CASE NUMBER: LA09-22433-VZ<br>ADVERSARY: 2:09-ap-01630 |
|---|---|

4. ☒  The Court further adjudges as follows:            ☒         See Attached Page

###

DATED: March 10, 2010

_United States Bankruptcy Judge_

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 3     **F 9021-1.4**

| | |
|---|---|
| In re:   Kathleen A Heffner<br>Debtor(s). | CHAPTER:13<br><br>CASE NUMBER: LA09-22433-VZ<br>ADVERSARY: 2:09-ap-01630 |

      Plaintiff Kathleen A Heffner filed her Complaint to Determine Value of Real Property; Determine the Extent of Secured Claims and to Extinguish the Lien of Beneficial (the "Complaint") against Defendant(s) Beneficial; American Home Mortgage; American Brokers Conduit initiating the above-referenced adversary proceeding on May 27, 2009 seeking to avoid the Defendant's second deed of trust on the real property commonly known as 5702 Wolfe Street, Lakewood, CA. 90713 (the "Property").  The time for filing an answer or other responsive pleading to the Complaint expired on July 1, 2009.  The Complaint having been properly served, no response to the Complaint having been filed, default of the Defendant having been entered on July 27, 2009, the Plaintiff having filed a motion for default judgment against the Defendant (the "Motion") in which a prima facie case was made, the court having reviewed the Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted in its entirety.

2. The Debtor is awarded judgment against the Defendants, Beneficial.

3. The value of the Real Property is to be valued at $450,000.00.

4. The first note and lien held by American Home Mortgage, to the extent that is a secured lien on Plaintiff's Property, is owed an approximate balance of $462,769.00.

5. The second note and lien held by Beneficial, has an approximate balance of $70,958.00.  This second lien shall be void and unenforceable upon entry of the order of discharge under Chapter 13.

6. The second note and lien held by Beneficial, which is secured by a deed of trust is hereby stripped off, and declared null and void, and that Respondent be treated as a wholly unsecured creditor.

7. The real property which this order applies to is located at 5702 Wolfe Street, Lakewood, CA. 90713 and is legally described as: LOT 464, OF TRACT NO. 16218, IN THE CITY OF LAKEWOOD, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOX 375 PAGE(S) 33 TO 36 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER  OF SAID COUNTY.

8. Said order shall only be valid if the Debtor receives a discharge in the instant Chapter 13 case.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 4    **F 9021-1.4**

```
In re:   Kathleen A Heffner
Debtor(s).
```
CHAPTER:13

CASE NUMBER: LA09-22433-VZ
ADVERSARY: 2:09-ap-01630

9. Before the discharge, no payments are to be made on the second secured claim of Beneficial. Maintenance payments are not to be made.

10. The second claim of Beneficial is to be treated as an unsecured claim.

11. Said order will not be valid if the Debtor converts the instant case to a chapter 7 or the instant case is dismissed.

12. In the event that the instant case is converted to a chapter 7 case or dismissed and Debtor files a subsequent chapter 13 case, the lien would be secured until the Debtor filed another complaint to strip-off said lien and said judgment was granted.

**END OF ORDER**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page 5*                                     F 9021-1.4

| In re:   Kathleen A Heffner<br>Debtor(s). | CHAPTER:13<br><br>CASE NUMBER: LA09-22433-VZ<br>ADVERSARY: 2:09-ap-01630 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described    **DEFAULT JUDGMENT**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   1/29/10   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Vincent Zurolo (U.S. Mail)
United States Bankruptcy Court – Central District of California
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/29/10 | Gabby Piceno | /s/ Gabby Piceno |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                             **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page 6*    **F 9021-1.4**

| | |
|---|---|
| In re:   Kathleen A Heffner<br>Debtor(s). | CHAPTER:13<br>CASE NUMBER: LA09-22433-VZ<br>ADVERSARY: 2:09-ap-01630 |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)    **DEFAULT JUDGMENT**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of               1/29/10              , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

   Nancy K Curry    ecfnc@trustee13.com
   Rabin J Pournazarian    rabin@pricelawgroup.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Kathleen A Heffner
5702 Wolfe Street
Lakewood, CA 90713

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9021-1.4**

Default Judgment (Without Prior Judgment) – *Page* 7

**F 9021-1.4**

| In re:   Kathleen A Heffner<br>Debtor(s). | CHAPTER:13<br><br>CASE NUMBER: LA09-22433-VZ<br>ADVERSARY: 2:09-ap-01630 |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**CHAPTER 13 TRUSTEE**
Nancy K. Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014

**DEBTOR**
Kathleen A Heffner
5702 Wolfe Street
Lakewood, CA 90713

**CREDITORS**
Beneficial
P.O. Box 60101
City Of Industry, CA 91716-0101

American Home Mortgage
P.O. Box 631730
Irving, TX 75063-1730

American Brokers Conduit
520 Broadhollow Road
Melville, NY 11747

Gregory Zeeman, President
HSBC Mortgage Services, Inc.
Beneficial California Inc., HSBC
26525 N. Riverwoods Blvd.
Mettawa, IL 60045

**AGENT FOR SERVICE OF PROCESS FOR:**
**BENEFICIAL CALIFORNIA INC.**
C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.4**